PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

CINDY RECORD,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.[1]

No. 1:22-cv-00495-AWI-BAM

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED, by and between Cindy Record (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file the electronic certified administrative record (CAR) and answer to Plaintiff's complaint. This is Defendant's first request for an extension. The current due date is July 28, 2022. The new date will be August 27, 2022. All other deadlines will extend accordingly.

Defendant submits that good cause exists for this extension request. There was a mix-up when the Office of the General Counsel was notified of this case, and the Office of Appellate Operations (which prepares and certifies the certified administrative record) did not receive notice of this case until recently. The undersigned apologizes for this delay, and notes that this is only the second time she has seen something like this happen with a case initiation. The undersigned is requesting 30 days, but will file the administrative record as soon as it is received.

Accordingly, Defendant requests an extension in which to respond to the Complaint until August 27, 2022. If Defendant is unable to produce the CAR necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On July 21, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including August 27, 2022.

Respectfully submitted,

DATE: July 21, 2022                    PENA & BROMBERG, ATTORNEYS AT LAW

*/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

2

|   |   |
|---|---|
|   | (as approved via email) |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATE: July 21, 2022 | By   *s/ Margaret Lehrkind*<br>MARGARET LEHRKIND<br>Special Assistant United States Attorney |
|   | Attorneys for Defendant |

ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to file the electronic certified administrative record and answer to Plaintiff's complaint is GRANTED. Defendant shall file the electronic certified administrative and answer to Plaintiff's complaint on or before August 27, 2022.

IT IS SO ORDERED.

Dated:   **July 22, 2022**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE